UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WILLIAM DOWNS, II,<br><br>         Petitioner,<br><br>   v.<br><br>STATE OF NEVADA,<br><br>         Respondent. | Case No. 3:22-cv-00075-RCJ-CLB<br><br>**ORDER** |

Petitioner, who is in the custody of the Nevada Department of Corrections, has submitted an application to proceed in forma pauperis (ECF No. 1) and a petition for a writ of habeas corpus. He did not include with his application a copy of his inmate account statement and a financial certificate completed and signed by the correct official, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

IT THEREFORE IS ORDERED that the application to proceed in forma pauperis (ECF No. 1) is **DENIED** without prejudice.

///

///

///

///

///

1

1    IT FURTHER IS ORDERED that petitioner must file another application for leave to
proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his
inmate account. The clerk of the court is directed to send petitioner a blank application form for
incarcerated litigants. In the alternative, petitioner must make the necessary arrangements to pay
the filing fee of $5.00, accompanied by a copy of this order. Petitioner will have 45 days from
the date that this order is entered to comply. Failure to comply will result in the dismissal of this
action.

   DATED: March 30, 2022.

_____
ROBERT C. JONES
United States District Judge