# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WILLIAM DOWNS, II,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　　　Respondents. | Case No. 3:22-cv-00075-RCJ-CLB<br><br>**ORDER** |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 12), and good cause appearing;

It is therefore ordered that Petitioner's unopposed motion for extension of time (first request) (ECF No. 12) is granted. Petitioner will have up to and including December 19, 2022, to file a first amended petition.

Dated: October 19, 2022.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE