# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WILLIAM DOWNS, II, | Case No. 3:22-cv-00075-RCJ-CLB |
| Petitioner, | **ORDER** |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (third request) (ECF No. 16), and good cause appearing;

It is therefore ordered that Petitioner's unopposed motion for extension of time (third request) (ECF No. 16) is granted. Petitioner will have up to and including April 18, 2023, to file a first amended petition.

Dated: February 21, 2023

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE