# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROBERT WILLIAM DOWNS, II,

Petitioner,

v.

STATE OF NEVADA, et al.,

Respondents.

Case No. 3:22-cv-00075-RCJ-CLB

**ORDER**

Petitioner having filed an unopposed motion for extension of time (fourth request) (ECF No. 19), and good cause appearing;

It is therefore ordered that Petitioner's unopposed motion for extension of time (fourth request) (ECF No. 19) is granted. Petitioner will have up to and including June 19, 2023, to file a first amended petition.

Dated: April 19, 2023

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE