**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT WILLIAM DOWNS, II, | Case No. 3:22-cv-00075-RCJ-CLB |
| Petitioner, | **ORDER** |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (eighth request) (ECF No. 27), and good cause appearing;

It is therefore ordered that Petitioner's unopposed motion for extension of time (eighth request) (ECF No. 27) is granted. Petitioner will have up to and including December 29, 2023, to file a first amended petition.

Dated: December 27, 2023

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE