# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WILLIAM DOWNS, II, | Case No. 3:22-cv-00075-RCJ-CLB |
| Petitioner, | **ORDER** |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for extension of time (first request) (ECF No. 34), and good cause appearing;

It is therefore ordered that Respondents' unopposed motion for extension of time (first request) (ECF No. 34) is granted. Respondents will have up to and including March 27, 2024, to file their response to the first amended petition.

Dated: February 13, 2024

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE