**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT WILLIAM DOWNS, II, | Case No. 3:22-cv-00075-RCJ-CLB |
| Petitioner, | **ORDER** |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents. | |

Counseled Petitioner Robert William Downs, II, having filed an unopposed motion for extension of time (first request) (ECF No. 38), and good cause appearing;

It is therefore ordered that Petitioner's unopposed motion for extension of time (first request) (ECF No. 38) is granted. Petitioner has up to and including May 31, 2024, to file his opposition to the motion to dismiss.

Dated: March 25, 2024

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE