UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WILLIAM DOWNS, II,<br><br>        Petitioner,<br>   v.<br><br>STATE OF NEVADA,<br><br>        Respondents. | Case No. 3:22-cv-00075-ART-CLB<br><br>ORDER |

    This counseled habeas matter is before this Court on Petitioner Robert William Downs's unopposed motion for an extension of time. (ECF No. 44.) This is Downs's third request for an extension of this deadline. This Court finds good cause to grant the motion.

    It is therefore ordered that the unopposed motion for an extension of time (ECF No. 44) is granted. Downs has up to and including August 29, 2024, to file his opposition to the motion to dismiss.

    DATED THIS 15th day of August 2024.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE