UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WILLIAM DOWNS, II,<br><br>  Petitioner,<br>v.<br><br>STATE OF NEVADA,<br><br>  Respondents. | Case No. 3:22-cv-00075-ART-CLB<br><br>ORDER |

      This habeas matter is before this Court on Respondents' unopposed motion for an extension of time to file their reply to their motion to dismiss. (ECF No. 47.) This is Respondents' first request for an extension of this deadline. This Court finds good cause to grant the motion.

      It is therefore ordered that the unopposed motion for an extension of time (ECF No. 47) is granted. Respondents have up to and including November 4, 2024, to file their reply to the motion to dismiss.

      DATED THIS 18th day of September 2024.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1