UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WILLIAM DOWNS, II, | Case No. 3:22-cv-00075-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, | |
| Respondents. | |

This habeas matter is before this Court on Respondents' unopposed motion for an extension of time to file their response to the first-amended petition. (ECF No. 51.) This is Respondents' first request for an extension of this deadline. This Court finds good cause to grant the motion.

It is therefore ordered that the unopposed motion for an extension of time (ECF No. 51) is granted. Respondents have up to and including March 14, 2025, to file their response.

Dated this 14th day of January 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1