UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WILLIAM DOWNS, II,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>STATE OF NEVADA,<br><br>　　　　　　　　　　Respondents. | Case No. 3:22-cv-00075-ART-CLB<br><br>ORDER |

　　　　This habeas matter is before this Court on Respondents' unopposed motion for an extension of time to file their response to the first-amended petition. (ECF No. 53.) This is Respondents' second request for an extension of this deadline. This Court finds good cause to grant the motion.

　　　　It is therefore ordered that the unopposed motion for an extension of time (ECF No. 53) is granted. Respondents have up to and including May 13, 2025, to file their response.

　　　　DATED THIS 4th day of April 2025.

　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1