UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WILLIAM DOWNS, II,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>STATE OF NEVADA,<br><br>　　　　　　　　　　Respondents. | Case No. 3:22-cv-00075-ART-CLB<br><br>ORDER |

　　This habeas matter is before this Court on Petitioner Robert William Downs's unopposed motion for a 60-day extension of time to file his reply to Respondents' answer to his first-amended petition. (ECF No. 60.) This is Downs's second request for an extension of this deadline. This Court finds good cause to grant the motion.

　　It is therefore ordered that the unopposed motion for an extension of time (ECF No. 60) is granted. Downs has up to and including November 24, 2025, to file his reply.

　　DATED THIS 26th day of September 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1