UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WILLIAM DOWNS, II, | Case No. 3:22-cv-00075-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, | |
| Respondents. | |

This habeas matter is before this Court on Petitioner Robert William Downs's motion for a 30-day extension of time to file his reply to Respondents' answer to his first-amended petition. (ECF No. 64.) This is Downs's fourth request for an extension of this deadline. This Court finds good cause to grant the motion.

It is therefore ordered that the motion for an extension of time (ECF No. 64) is granted. Downs has up to and including February 25, 2026, to file his reply.

DATED THIS 29th day of January 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1